IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | No. C 12-4778 JSW (PR) |
| | ) | |
| CORNELIUS WALKER, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

On September 12, 2012, the Clerk opened this case because Petitioner, a California prisoner, wrote a letter to the Court complaining about his "bogus" conviction. On the same day, the Clerk notified Petitioner that he had not filed a habeas petition. The Clerk also notified him that day that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Along with these deficiency notices, the Clerk mailed to Petitioner the Court's petition and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Petitioner was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within thirty days. No response from Petitioner has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: November 5, 2012

JEFFREY S. WHITE
United States District Judge

1
2                    UNITED STATES DISTRICT COURT
3                              FOR THE
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
   CORNELIUS WALKER,                    Case Number: CV12-04778 JSW
7
          Plaintiff,
                                        **CERTIFICATE OF SERVICE**
8
      v.
9
   CALIPATRA STATE PRISON et al,
10
          Defendant.
11                                           /

12
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13 Court, Northern District of California.

14 That on November 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing
   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
15 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
   delivery receptacle located in the Clerk's office.
16

17

18 Cornelius Walker
   HC8773
19 P.O. Box 5006
   Calipatria, CA 92233
20
   Dated: November 5, 2012
21                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
22

23

24

25

26

27

28